IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:04-CR-00051-F-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| JUSTIN MCKEITHAN, | ) | |
| Defendant. | ) | |

The Clerk of Court is DIRECTED to disburse to Defendant Justin McKeithan from unclaimed funds the sum of two hundred dollars ($200.00), which sum represents an overpayment.

SO ORDERED.

This, the 5 day of February, 2014.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge